UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRETT ELLIOTT SWALWELL,<br><br>　　　　　Defendant. | CASE NO. CR95-0380 MJP<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

### INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on July 16, 2007. The United States was represented by Nicholas Brown, and defendant was represented by Jay Stansell. The proceedings were recorded on cassette tape.

### CONVICTION AND SENTENCE

Defendant had been convicted on multiple counts of bank robbery. The Hon. William L. Dwyer of this court sentenced defendant on September 11, 1995 to 151 months of imprisonment, followed by three years of supervised release. Defendant was released to supervision on March 16, 2007.

//

PROPOSED FINDINGS - 1

## ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSIONS

In an application dated July 9, 2007, USPO Brian K. Facklam alleged that defendant violated the conditions of supervised release in two respects:

(1) Drinking alcohol on or about June 6, 2007; and

(2) Failure to report a change in residence address to the U.S. Probation Office.

The case was reassigned to the Hon. Marsha J. Pechman, for revocation proceedings. At the hearing on July 16, 2007, the court advised defendant as to the two alleged violations and as to his constitutional rights. He admitted both violations, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before Judge Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release in the two respects alleged, and conduct a disposition hearing. The date of that hearing has not yet been set.

The Probation Office, the U.S. Attorney, and defendant joined in a request that defendant be released on bond, pending a final determination by the court. The conditions of the bond include defendant's satisfactory participation in an alcohol treatment program, and the bond incorporates all other conditions of his supervised release.

DATED this 16th day of July, 2007.

    /s/John L. Weinberg
JOHN L. WEINBERG
United States Magistrate Judge

cc:   U.S. District Judge         :   Hon. Marsha J. Pechman
      Assistant U.S. Attorney    :   Nicholas Brown
      Defense Attorney           :   Jay Stansell
      U. S. Probation Officer    :   Brian K. Facklam

PROPOSED FINDINGS - 2